NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DALE GIVENS,                          )
                                      )
            Appellant,                )
                                      )
v.                                    )        Case No. 2D18-3934
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____)

Opinion filed April 17, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Samantha L.
Ward, Judge.

Dale Givens, pro se.


PER CURIAM.

            Affirmed. See Strickland v. State, 437 So. 2d 150 (Fla. 1983); Steward v.

State, 931 So. 2d 133 (Fla. 2d DCA 2006); Fredenburgh v. State, 679 So. 2d 8 (Fla. 2d

DCA 1996); State v. Richards, 639 So. 2d 680 (Fla. 2d DCA 1994); State v. Gray, 633

So. 2d 105 (Fla. 2d DCA 1994); Sims v. State, 141 So. 3d 613 (Fla. 4th DCA 2014);

Stafford v. State, 584 So. 2d 138 (Fla. 1st DCA 1991).


KELLY, VILLANTI, and BADALAMENTI,JJ., Concur.